1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DENNIS C. HISLE,<br><br>         Plaintiff,<br><br>    v.<br><br>MARLYN CONANAN, et al.,<br><br>         Defendants. | Case No. 1:21-cv-01680-SAB (PC)<br><br>ORDER DIRECTING CLERK OF COURT TO RANDOMLY ASSIGN A DISTRICT JUDGE TO THIS ACTION<br><br>FINDINGS AND RECOMMENDATIONS RECOMMENDING DISMISSAL OF DEFENDANT MUSHTAG AHMED<br><br>(ECF No. 7) |

Plaintiff Dennis C. Hisle is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

Plaintiff filed the instant action on November 22, 2021.  On February 4, 2022, the Court screening the complaint, found that Plaintiff stated only a cognizable claim against Defendant Marlyn Conanan, and granted Plaintiff leave to file an amended complaint nor notify the Court of his intent to proceed only on the claim against Defendant Marlyn Conanan.  (ECF No. 6.)  On February 18, 2022, Plaintiff filed a notice to proceed on the claims found to be cognizable.  (ECF No. 7.)

Accordingly, it is HEREBY ORDERED that the Clerk of Court shall randomly assign a District Judge to this action.

///

///

1

Further, it is HEREBY RECOMMENDED that:

1.      This action proceed on Plaintiff's deliberate indifference against Defendant Marlyn Conanan for falsification of medical records, failure to provide Plaintiff a lay in, and failure to urgently refer Plaintiff to a pulmonologist; and

2.      Defendant Mushtag Ahmed be dismissed from the action for failure to state a cognizable claim for relief.

These Findings and Recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within **fourteen (14) days** after being served with these Findings and Recommendations, Plaintiff may file written objections with the Court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time may result in the waiver of rights on appeal.  Wilkerson v. Wheeler, 772 F.3d 834, 838-39 (9th Cir. 2014) (citing Baxter v. Sullivan, 923 F.2d 1391, 1394 (9th Cir. 1991)).


IT IS SO ORDERED.

Dated:   __**February 22, 2022**__

_____
UNITED STATES MAGISTRATE JUDGE