UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS C. HISLE,<br><br>           Plaintiff,<br><br>      v.<br><br>MARLYN CONANAN, et al.,<br><br>           Defendants. | Case No. 1:21-cv-01680-DAD-SAB (PC)<br><br>ORDER FOR OFFICE OF THE ATTORNEY GENERAL TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED<br><br>(ECF No. 13) |

Plaintiff Dennis C. Hisle is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On March 18, 2022, the Court found that service of the complaint was appropriate as to Defendant Marlyn Conanan.  (ECF No. 11.)

On April 5, 2022 the California Department of Corrections and Rehabilitation (CDCR) filed a notice of intent to waive service.  (ECF No. 13.)  A waiver by the Office of the Attorney General was due thirty days thereafter.  (Id.)  However, to date, the Office of the Attorney General has not returned the waiver of service and the thirty-day time period has expired.

///

///

///

///

1

Accordingly, it is HEREBY ORDERED that within thirty (30) days the Office of the Attorney General shall show cause why sanctions should not be imposed for failure to comply with the Court's March 18, 2022, order. <u>The Clerk of Court shall serve a copy of this order by email on Supervising Deputy Attorney General Lawrence Bragg and Senior Assistant Attorney General Monica Anderson</u>.

IT IS SO ORDERED.

Dated:   **May 9, 2022**

UNITED STATES MAGISTRATE JUDGE