UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS C. HISLE,<br><br>            Plaintiff,<br><br>      v.<br><br>MARLYN CONANAN, et al.,<br><br>            Defendants. | Case No. 1:21-cv-01680-SAB (PC)<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE<br><br>(ECF No. 14) |

Plaintiff Dennis C. Hisle is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On May 9, 2022, the Court ordered the Office of the Attorney General to show cause why sanctions should not be imposed for failure to file a timely waiver of service. (ECF No. 14.) On this same date, the Office of the Attorney General filed a waiver of service of process on behalf of Defendant Marlyn Conanan. (ECF No. 15.)

On May 16, 2022, the Office of the Attorney General (OAG) filed a response to the order to show cause. (ECF No. 16.) The OAG indicates that it received this matter from the California Department of Corrections and Rehabilitation (CDCR) on April 8, 2022, and opened a new matter on April 20, 2022. (Id.) "A waiver of service form was prepared by the Senior Legal Analysis (SLA) responsible for opening this matter on April 21, 2022, but this SLA did not notify [counsel], who is currently the primary attorney on this matter, or calendar the May 5, 2022 deadline to file the waiver

1

of service form with the Court." (Id. at 1.) Because the failure to timely file a waiver of service was inadvertent, the Court HEREBY DISCHARGES the order to show cause issued on May 9, 2022 and finds that sanctions are not warranted.

IT IS SO ORDERED.

Dated:   **May 17, 2022**

UNITED STATES MAGISTRATE JUDGE