# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS C. HISLE,<br><br>            Plaintiff,<br><br>     v.<br><br>MARLYN CONANAN,<br><br>            Defendant. | Case No. 1:21-cv-001680-ADA-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR DISCOVERY AS PREMATURE AND UNNECESSARY<br><br>(ECF No. 26) |

Dennis C. Hisle (Plaintiff), a state prisoner, is proceeding pro se in this civil rights action filed pursuant to 42 U.S.C. § 1983.

Currently before the Court is Plaintiff's motion to schedule discovery, filed February 7, 2023.

As Plaintiff states, on September 2, 2022, Defendant filed a motion to dismiss the action. (ECF No. 22.)  On November 3, 2022, Findings and Recommendations were issued recommending Defendant's motion to dismiss be denied.  (ECF No. 25.)  The Findings and Recommendations are awaiting review by the district judge.  As stated in the first informational order, the Court does not open discovery until after the Defendant has filed an answer to the operative complaint.  (ECF No. 3 at 4.)  As Defendant has not yet filed an answer, discovery is premature and Plaintiff's motion is denied.

IT IS SO ORDERED.

Dated:  **February 8, 2023**

UNITED STATES MAGISTRATE JUDGE