| | |
|---|---|
| | **UNITED STATES DISTRICT COURT** |
| | EASTERN DISTRICT OF CALIFORNIA |
| DENNIS C. HISLE,<br><br>    Plaintiff,<br><br>    v.<br><br>MARLYN CONANAN,<br><br>    Defendant. | Case No. 1:21-cv-001680-ADA-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING DEFENDANT'S MOTION TO DISMISS<br><br>(ECF Nos. 22, 25) |

Dennis C. Hisle (Plaintiff), a state prisoner, is proceeding pro se in this civil rights action filed pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 3, 2022, the assigned Magistrate Judge issued findings and recommendations recommending that the motion to dismiss filed by Defendant be denied. (ECF No. 25.) The findings and recommendations were served on the parties and contained notice that any objections were to be filed within fourteen (14) days. (*Id*. at 6.) No objections were filed, and the deadline to do so has expired.

In accordance with 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

///

///

Accordingly, IT IS HEREBY ORDERED as follows:

1. The findings and recommendations issued on November 3, 2022 (ECF No. 25), are adopted in full;
2. Defendants' motion to dismiss (ECF No. 22) is denied; and
3. Defendant shall file an answer to the complaint within fourteen (14) days from the date of service of this order. Fed. R. Civ. P. 12(a)94).

IT IS SO ORDERED.

Dated:   February 17, 2023

UNITED STATES DISTRICT JUDGE

2