# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS C. HISLE,<br><br>   Plaintiff,<br><br>  v.<br><br>MARLYN CONANAN,<br><br>   Defendant. | Case No. 1:21-cv-001680-ADA-SAB (PC)<br><br>ORDER VACATING SETTLEMENT CONFERENCE, LIFTING STAY OF CASE, AND DIRECTING CLERK OF COURT TO ISSUE THE DISCOVERY AND SCHEDULING ORDER<br><br>(ECF Nos. 30, 32) |

Dennis C. Hisle (Plaintiff), a state prisoner, is proceeding pro se in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On March 7, 2023, the Court issued an order referring this case to the Court's Alternative Dispute Resolution Program, set the case for a settlement conference on June 6, 2023, before Magistrate Judge Barbara A. McAuliffe, and stayed the case. (ECF No. 30.) The Court advised defense counsel that counsel could opt-out of the settlement conference with thirty days.

On April 6, 2023, Defendants filed a motion to opt-out of the settlement conference because after investigation they believe a settlement conference would be unproductive at this time. (ECF No. 32.)

Accordingly, it is HEREBY ORDERED that:

1. The settlement conference set for June 6, 2023, before Magistrate Judge Barbara A. McAuliffe is VACATED;
2. The stay of this case is lifted; and

1

3. The Clerk of Court shall issue the discovery and scheduling order.

IT IS SO ORDERED.

Dated: **April 7, 2023**

UNITED STATES MAGISTRATE JUDGE