# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS C. HISLE,<br><br>    Plaintiff,<br><br>  v.<br><br>MARLYN CONANAN,<br><br>    Defendant. | Case No. 1:21-cv-001680-ADA-SAB (PC)<br><br>ORDER GRANTING DEFENDANT'S MOTION TO MODIFY THE DISCOVERY AND SCHEDULING ORDER TO FILE A MOTION FOR SUMMARY ASSERTING STATUTE OF LIMITATIONS<br><br>(ECF No. 35) |

Dennis C. Hisle (Plaintiff), a state prisoner, is proceeding pro se in this civil rights action filed pursuant to 42 U.S.C. § 1983.

Currently before the Court is Defendants' motion to modify the discovery and scheduling order, filed May 11, 2023.

Good cause having been presented, it is HEREBY ORDERED that Defendant may file a motion for summary judgment asserting a statute of limitation on or before August 7, 2023, and all other deadlines set forth in the Court's April 7, 2023, discovery and scheduling order remain in effect.

IT IS SO ORDERED.

Dated:   **May 11, 2023**

                              UNITED STATES MAGISTRATE JUDGE

1