# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS C. HISLE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MARLYN CONANAN,<br><br>　　　　　Defendant. | Case No. 1:21-cv-001680-ADA-SAB (PC)<br><br>ORDER GRANTING DEFENDANTS' MOTION TO MODIFY THE SCHEDULING ORDER<br><br>(ECF No. 39) |

　　　　Dennis C. Hisle (Plaintiff), a state prisoner, is proceeding pro se in this civil rights action filed pursuant to 42 U.S.C. § 1983.

　　　　Currently before the Court is Defendant's motion to modify the scheduling order, filed July 12, 2023.

　　　　Good cause having been presented, it is HEREBY ORDERED that:

　　　　1.　　The August 7, 2023 deadline to file a motion for summary judgment is VACATED; and

　　　　2.　　The Court will reset any and all applicable deadlines after the final ruling on Plaintiff's motion to amend the complaint.

IT IS SO ORDERED.

Dated: **July 13, 2023**

　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE