UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS C. HISLE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MARLYN CONANAN,<br><br>　　　　　Defendant. | No. 1:21-cv-01680-ADA-SAB (PC)<br><br>ORDER DIRECTING DEFENDANT TO FILE A REPLY TO PLAINTIFF'S RESPONSE TO OPPOSITION<br><br>(ECF Nos. 41, 42) |

　　　　Plaintiff is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

　　　　This action is proceeding against Defendant Marlyn Conanan for deliberate difference for "falsification of medical records, failure to provide Plaintiff a lay in, and failure to urgently refer Plaintiff to a pulmonologist." (ECF No. 6 at 4:8-10.)

　　　　Plaintiff filed a motion to amend the complaint on July 5, 2023, along with a proposed amended complaint which was lodged. (ECF Nos. 37, 38.) Defendant filed an opposition on July 19, 2023, and Plaintiff filed a reply on August 3, 2023. (ECF Nos. 41, 42.)

///

///

///

///

1

Based on the arguments raised in Plaintiff's reply, it is HEREBY ORDERED that Defendant shall file a response to Plaintiff's reply filed on August 3, 2023, within **ten (10)** days from the date of service of this order. After the ten days has expired, the motion will be deemed submitted for review without oral argument. Local Rule 230(l).

IT IS SO ORDERED.

Dated:  **October 2, 2023**

UNITED STATES MAGISTRATE JUDGE