UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS C. HISLE, | No. 1:21-cv-01680-KES-SAB (PC) |
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTION TO EXPEDITE CASE |
| v. | (ECF No. 52) |
| MARLYN CONANAN, | |
| Defendant. | |

Plaintiff is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

This action is proceeding against Defendant Marlyn Conanan for deliberate difference for "falsification of medical records, failure to provide Plaintiff a lay in, and failure to urgently refer Plaintiff to a pulmonologist." (ECF No. 6 at 4:8-10.)

Defendant filed an answer to the complaint on March 3, 2023. (ECF No. 29.)

On April 7, 2023, the Court issued the discovery and scheduling order setting the deadline to amend the pleadings as July 7, 2023 and the discovery deadline as December 7, 2023. (ECF No. 34.)

On July 5, 2023, Plaintiff filed a motion to amend the complaint, along with a proposed amended complaint which was lodged. (ECF Nos. 37, 38.) Defendant filed an opposition on July 19, 2023, and Plaintiff filed a reply on August 3, 2023. (ECF Nos. 41, 42.) On October 11,

1

1    2023, Defendant filed a sur-reply as ordered by the Court.  (ECF No. 44.)

2    On July 13, 2023, the Court granted Defendant's motion to modify the scheduling order.
3    (ECF No. 40.)

4    On October 17, 2023, Findings and Recommendations were issued recommending to deny
5    Plaintiff's motion to amend the complaint.  (ECF No. 46.)

6    On February 14, 2025, the Findings and Recommendations were adopted in full and
7    Plaintiff's motion to amend was denied.  (ECF No. 49.)

8    On January 22, 2025, Plaintiff filed a motion to expedite this case to a jury trial, and
9    Defendant filed an opposition on January 29, 2025.  (ECF Nos. 52, 53.)  Plaintiff's motion must
10   be denied.

11   As Defendant points out, this case is not ripe for jury trial.  After Plaintiff sought leave to
12   file an amended complaint, the Court vacated the deadlines set forth in the scheduling order to be
13   reset after ruling on the motion to amend the complaint.  (ECF No. 40.)  Thus, no discovery has
14   been commenced and no dispositive deadline has been filed.   Discovery is necessary in this
15   action in order to allow Defendant to complete a dispositive motion, proceed to trial, or engage in
16   possible settlement discussions.  Accordingly, Plaintiff's motion to expedite this case to jury trial
17   is DENIED.[1]

18   However, the parties are advised that the Court does have an Expedited Trial Process per
19   its notice of April 7, 2023 (ECF 34-1) whereby the parties may consent to Magistrate Judge
20   jurisdiction and the Court will "vacate any unnecessary previously set deadlines, such as
21   dispositive motion deadlines, where the parties stipulate that such deadline are unnecessary and
22   the parties desire to proceed to trial more expeditiously after the closing of the discovery
23   deadlines."[2]  (ECF No. 34- 3.)  Thus, "[c]onsenting to the jurisdiction of a Magistrate Judge for

---

[1] By way of separate order, the Court will issue an amended scheduling order.

[2] Due to the extraordinarily high caseload held by the district court judges in the Fresno Division of this district, trials in civil rights actions concerning prison conditions can and often are conducted by a United States Magistrate with the consent of all the parties. As a result, a trial conducted by a Magistrate Judge is far more likely to proceed on the scheduled trial date, as the trial will not be delayed by other matters.  Presently, when a civil trial is set before a district judge, any criminal trial which conflicts with the civil trial will take priority, even if the civil trial was set first. Continuances of civil trials under these circumstances may no longer be entertained, absent a specific and stated finding of good cause. Instead, the civil trial may trail from day to day or week to week until the completion of either

all purposes will most likely expedite resolution of this action and result in an earlier trial date due to the Court's present trial schedule." (ECF No. 34-1 at 1.) After the resolution of any dispositive motions, and upon consent of all the parties, the matter will be set for trial for a date certain and will not be subject to the trailing policy caused by the large number of criminal trials pending before the District Judge. (Id. at 2.)

IT IS SO ORDERED.

Dated:  **February 18, 2025**

STANLEY A. BOONE
United States Magistrate Judge

---

the criminal case or the older civil case." (ECF No. 34-1 at 1.)

3