UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS C. HISLE, | No. 1:21-cv-01680-KES-SAB (PC) |
| Plaintiff, | **AMENDED** DISCOVERY AND SCHEDULING ORDER |
| v. | Exhaustion Motion Filing Deadline: **May 19, 2025** |
| MARLYN CONANAN, | |
| Defendant. | Discovery Deadline: **August 19, 2025** |
| | Dispositive Motion Deadline: **October 20, 2025** |

Plaintiff is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

This action is proceeding against Defendant Marlyn Conanan for deliberate difference for "falsification of medical records, failure to provide Plaintiff a lay in, and failure to urgently refer Plaintiff to a pulmonologist." (ECF No. 6 at 4:8-10.)

Defendant filed an answer to the complaint on March 3, 2023. (ECF No. 29.)

On April 7, 2023, the Court issued the discovery and scheduling order setting the deadline to amend the pleadings as July 7, 2023 and the discovery deadline as December 7, 2023. (ECF No. 34.)

On July 5, 2023, Plaintiff filed a motion to amend the complaint, along with a proposed amended complaint which was lodged. (ECF Nos. 37, 38.) Defendant filed an opposition on

1

July 19, 2023, and Plaintiff filed a reply on August 3, 2023.  (ECF Nos. 41, 42.)  On October 11, 2023, Defendant filed a sur-reply as ordered by the Court.  (ECF No. 44.)

On July 13, 2023, the Court granted Defendant's motion to modify the scheduling order.  (ECF No. 40.)

On October 17, 2023, Findings and Recommendations were issued recommending to deny Plaintiff's motion to amend the complaint.  (ECF No. 46.)  On February 14, 2025, the Findings and Recommendations were adopted in full and the matter was referred back to the Magistrate Judge for further proceedings.  (ECF No. 49.)

As Plaintiff's motion to amend has been denied, it is HEREBY ORDERED that the discovery and scheduling order is **AMENDED** as follows:

1. The deadline for filing motions for summary judgment under Federal Rule of Civil Procedure 56 for failure to exhaust administrative remedies is **May 19, 2025**.

2. The deadline for the completion of all discovery, including filing all motions to compel discovery, is **August 19, 2025**.  Absent good cause, discovery motions will not be considered if filed after the discovery deadline. Therefore, discovery requests and deposition notices must be served sufficiently in advance of the discovery deadline to permit time for a response and time to prepare and file a motion to compel.

3. The deadline for filing all dispositive motions (other than a motion for summary judgment for failure to exhaust) is **October 20, 2025**.

4. All other provisions of the Court's April 7, 2023 scheduling order (ECF No. 34) remain in effect.

IT IS SO ORDERED.

Dated:   **February 18, 2025**

STANLEY A. BOONE
United States Magistrate Judge