UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS C. HISLE,<br><br>        Plaintiff,<br><br>   v.<br><br>MARLYN CONANAN,<br><br>        Defendant. | No. 1:21-cv-01680-KES-SAB (PC)<br><br>ORDER REGARDING PLAINTIFF'S DEMAND FOR JURY TRIAL<br><br>(ECF No. 57) |

Plaintiff is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

Currently before the Court is Plaintiff's demand for a jury trial, pursuant to Federal Rule of Civil Procedure 38. (ECF No. 57.)

Consistent with Plaintiff's request, claims brought under 42 U.S.C. § 1983 are triable by jury. City of Monterey v. Del Monte Dunes at Monterey, Ltd., 526 U.S. 687, 709 (1999); Fed. R. Civ. P. 38(a). Accordingly, unless the parties later stipulate to a court trial, this action shall remain a jury action. Fed. R. Civ. P. 39(a). The jury trial will be presided over by a District Judge, unless all parties have consented to the jurisdiction of a Magistrate Judge. To this end, the Fresno Division of the Eastern District of California has one of the heaviest District Judge caseload in the entire nation. Though the Court will use its best efforts to resolve this case and all other civil cases in a timely manner, the parties are informed that the parties' needs and expectations may not be met as expeditiously as desired.

District Judges are now setting multiple trials to begin upon the same date, and as a result parties may find their case trailing with little notice before the trial begins. The law requires the

Court give any criminal case priority over civil trials and other matters, and the Court must proceed with criminal trials even if a civil trial is older or was set earlier. Continuances of civil trials under these circumstances will no longer be entertained, absent a specific and stated finding of good cause. If multiple trials are scheduled to begin on the same day, this civil trial will trail day to day or week to week until completion of any criminal case or older civil case. A United States Magistrate Judge is available to rule upon dispositive motions and conduct trials if need be, including entry of final judgment, pursuant to 28 U.S.C. § 636(c), Federal Rule of Civil Procedure 73, and Local Rule 305, and the same jury pool is used by both United States Magistrate Judges and United States District Court Judges.

IT IS SO ORDERED.

Dated:   **March 21, 2025**

STANLEY A. BOONE
United States Magistrate Judge