# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS C. HISLE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MARLYN CONANAN, et al.,<br><br>　　　　Defendants. | Case No. 1:21-cv-01680-KES-SAB (PC)<br><br>ORDER GRANTING DEFENDANT'S MOTION TO MODIFY SCHEDULING ORDER<br><br>(ECF No. 63) |

Before the Court is Defendants' timely motion to modify certain dates in the scheduling order. (ECF No. 63.) Defendants seek a 14-day extension to file dispositive motions. Good cause appearing, the motion is GRANTED. The Court ORDERS that the deadline to file a dispositive motion shall be November 3, 2025.

IT IS SO ORDERED.

Dated: **October 10, 2025**

　　　　　　　　　　　　　　　　　　STANLEY A. BOONE
　　　　　　　　　　　　　　　　　　United States Magistrate Judge