UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DENNIS C. HISLE,

Plaintiff,

v.

MARLYN CONANAN,

Defendant.

No. 1:21-cv-01680-KES-SAB (PC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Docs. 65, 73

Plaintiff is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983. Defendant moves for summary judgment. Doc. 65. Plaintiff opposed the motion. Doc. 71. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 31, 2026, the magistrate judge issued findings and recommendations, recommending that defendant's motion for summary judgment be granted. Doc. 73. The magistrate judge found that plaintiff's claims were time barred and that plaintiff "failed to come forth with evidence from which a jury could reasonably render a verdict in his favor on his claim for deliberate indifference to serious medical need in violation of the Eighth Amendment." Doc. 73 at 17. The findings and recommendations were served on the parties and notified them that any objections were due within 14 days. *Id.* Plaintiff filed objections on August 26, 2026, and defendant filed a response on September 1, 2026. Docs. 74, 75.

In accordance with 28 U.S.C. § 636(b)(1), this Court reviewed the matter de novo. Having carefully reviewed the matter, including plaintiff's objections, the Court concludes the findings and recommendations are supported by the record and proper analysis.

In his objections, plaintiff argues that the findings and recommendations erred in finding that his claim based on defendant's alleged failure to provide a lay-in order accrued on May 12, 2016. *See* Doc. 74. To succeed on his lay-in order claim, plaintiff would need to establish that defendant knew about the pain he was experiencing but was deliberately indifferent to his serious medical need. Although plaintiff argues that he does not have medical knowledge and could only have learned about the lay-in order at a subsequent time, the findings and recommendations correctly reasoned that plaintiff had sufficient information, including his personal knowledge about the pain he was experiencing and the availability of a lay-in as a treatment option, to bring the lay-in order claim by May 12, 2016. As such, the court is unpersuaded that plaintiff timely brought the lay-in order claim.

Plaintiff's objections do not address the magistrate judge's finding that defendant is also entitled to summary judgment on the merits of plaintiff's Eighth Amendment claim for deliberate indifference to serious medical needs. As the findings and recommendations correctly found, plaintiff did not identify evidence from which a jury could render a verdict in his favor on this claim. The court agrees with the findings and recommendations that summary judgment for defendant is appropriate as a matter of law. *See* Doc. 73 at 14–17.

///

///

///

///

///

///

///

///

///

The Court ORDERS:

1. The findings and recommendations issued July 31, 2026 (Doc. 73) are ADOPTED in full.
2. Defendant's motion for summary judgment (Doc. 65) is GRANTED.
3. The Clerk of the Court is directed to enter judgment in favor of defendant Conanan and close this case.

IT IS SO ORDERED.

Dated: September 11, 2026

UNITED STATES DISTRICT JUDGE